# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clynton J. Chase,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-18-1-MU

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2006 Order.

**Signed: February 3, 2006**

_____

Frank G. Johns, Clerk
United States District Court